**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | |
|---|---|
| **DEVON BARRETT,** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**UNIVERSITY OF VIRGINIA** )<br>**MEDICAL CENTER,** )<br>)<br>**and** )<br>)<br>**RECTOR AND VISITORS OF** )<br>**THE UNIVERSITY OF VIRGINIA,** )<br>)<br>    **Defendants.** )<br>_____)  | **Civil Action No.: 3:22-cv-00005** |

## STIPULATION OF DISMISSAL

Plaintiff Devon Barrett and Defendants University of Virginia Medical Center and Rector and Visitors of the University of Virginia, through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear her or its own fees and costs.

| | |
|---|---|
| DEVON BARRETT, | UNIVERSITY OF VIRGINIA MEDICAL CENTER and RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA, |
| */s/ William C. Tucker*<br>William C. Tucker (VSB #40754)<br>Tucker Law Firm, PLC<br>690 Berkmar Circle<br>Charlottesville, Virginia 22091<br>(833) 388-2537 Phone and Fax<br>bill.tucker@tuckerlawplc.com<br><br>*Attorney for Plaintiff* | */s/ Jimmy F. Robinson, Jr.*<br>Jimmy F. Robinson, Jr. (VSB #43622)<br>W. Ryan Waddell (VSB #91148)<br>Ogletree, Deakins, Nash, Smoak<br>    & Stewart, PC<br>901 East Byrd Street, Suite 1300<br>Richmond, Virginia 23219<br>Telephone: (804) 663-2336<br>Facsimile: (804) 225-8641 |

2

jimmy.robinson@ogletreedeakins.com
ryan.waddell@ogletreedeakins.com

*Attorneys for Defendants*